# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Shawn A. Parker-Turner,

       Plaintiff,                      Civil No. 10-3240 (RHK/XXX)

vs.                            **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

GlaxoSmithKline, LLC,

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 2, 2010

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge